# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

RECEIVED
U.S. MARSHALS SERVICE
2019 FEB 20 PM 12: 00
TUCSON
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Evan Butcher, Jr.<br>*Defendant* | )<br>)<br>)  Case No.  CR-15-00230-001-TUC-JGZ (JR)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Robert Evan Butcher, Jr.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of conditions of Supervised Release imposed by Judge Jennifer G. Zipps on July 8, 2016.

Date: February 19, 2019

*Issuing officer's signature*

City and state:   Tucson, Arizona

Selina Coronado, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 2/20/19, and the person was arrested on *(date)* 2/28/19
at *(city and state)* Tucson, AZ

Date: 2/28/19

Subject arrested by USMS
and initialed on 3/1/19
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

CC: USA, PO, USM (Orig + CC)